UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sia Sellu

    Plaintiff(s)

v.

Metropolitan Life Ins. Company

    Defendant(s)

CASE No C 18-CV-05143

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR*)
- ☒ other requested deadline: 180 days

Date: 10/30/2018      /s/ Hillary Benham-Baker
                       Attorney for Plaintiff

Date: 10/30/2018      /s/ Cindy M. Rucker
                       Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: November 1, 2018

IT IS SO ORDERED
Judge Jon S. Tigar

U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*